UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Keith A. White,

Petitioner,

v.

Warden, Noble Correctional Institution,

Defendant.

Case No. 2:20-cv-4398

Judge Michael H. Watson

Magistrate Judge Merz

### ORDER

On March 11, 2021, Magistrate Judge Merz issued a Report and Recommendation ("R&R") recommending the Court dismiss Petitioner's Habeas Corpus Petition with prejudice. R&R, ECF No. 16. The R&R notified the parties of their right to object to the same and that a failure to do so could affect appellate rights. *Id.* at 17. The deadline for objecting has passed, even with additional time added to account for the mailbox rule, and Petitioner failed to timely object. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES** Petitioner's petition **WITH PREJUDICE**. The Clerk shall enter judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**